JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, fka HANSEN BEVERAGE COMPANY, a Delaware corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>CAMDEN WHOLESALE, INC., an Arkansas corporation; and ARKANSAS BEVERAGE SALES, INC., an Arkansas corporation,<br><br>        Defendants. | Case No. 5:17-cv-01627-JGB-KK<br><br>**ORDER GRANTING JOINT STIPULATION FOR ARBITRATION AND REQUEST FOR DISMISSAL WITHOUT PREJUDICE**<br><br>**Complaint Filed:  8/11/2017**<br><br>**Judge: Hon. Jesus G. Bernal** |

1    Based on the Joint Stipulation for Arbitration and Request for Dismissal
2  Without Prejudice entered into between Plaintiff Monster Energy Company,
3  formerly known as Hansen Beverage Company ("**Plaintiff**"), and Defendant
4  Arkansas Beverage Sales, Inc. ("**Defendant**"), through their attorneys, this action is
5  dismissed without prejudice pursuant to Federal Rule of Civil Procedure
6  41(a)(1)(A)(i).

7    **IT IS SO ORDERED.**

8

9  DATED: December 22, 2017

10 _____

11 HONORABLE JESUS G. BERNAL
   Judge of the United States District Court,
12 Central District of California